# EXHIBIT A

## IN THE COURT OF COMMON PLEAS OF ERIE COUNTY, PENNSYLVANIA
## CIVIL ACTION – LAW

| | |
|---|---|
| AMANDA LEBERMAN and KARLE LYONS, | ) No. 12796-2023 <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) <br> ) |
| ZAAL VENTURES, INC., U.S. GHOST ADVENTURES, LLC, and LANCE ZAAL, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### WRIT OF SUMMONS

TO: Zaal Ventures, Inc.
      U.S. Ghost Adventures, LLC
      Lance Zaal

You are hereby notified that Amanda Leberman and Karle Lyons have commenced an action against you.

_12/4/23_
Date

_Aubreatta gritty Haynes_
Prothonotary

By: _[signature]_
Deputy

# IN THE COURT OF COMMON PLEAS OF ERIE COUNTY, PENNSYLVANIA
## CIVIL ACTION – LAW

| | |
|---|---|
| AMANDA LEBERMAN and KARLE LYONS, | ) No. 12796-2023 <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) |
| ZAAL VENTURES, INC., U.S. GHOST ADVENTURES, LLC, and LANCE ZAAL, | ) <br> ) <br> ) |
| Defendants. | ) |

## WRIT OF SUMMONS

TO:   Zaal Ventures, Inc.
        U.S. Ghost Adventures, LLC
        Lance Zaal

You are hereby notified that Amanda Leberman and Karle Lyons have commenced an action against you.

12/4/23
Date

_____
Prothonotary

By: _____
Deputy

IN THE COURT OF COMMON PLEAS OF ERIE COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

| | |
|---|---|
| AMANDA LEBERMAN and KARLE LYONS, | ) No. 12796-2023 ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ZAAL VENTURES, INC., U.S. GHOST ADVENTURES, LLC, and LANCE ZAAL, | ) ) ) |
| Defendants. | ) ) |

## WRIT OF SUMMONS

TO: Zaal Ventures, Inc.
U.S. Ghost Adventures, LLC
Lance Zaal

You are hereby notified that Amanda Leberman and Karle Lyons have commenced an action against you.

12/4/23
Date

_____
Prothonotary

By: _____
Deputy