IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA LEBERMAN, *et al.,* ) | |
| ) | Civil Action No. 1:25-cv-00107-CB |
| Plaintiffs, ) | |
| ) | Judge Cathy Bissoon |
| v. ) | |
| ) | |
| ZAAL VENTURE CORP., *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR LEAVE TO WITHDRAW

Undersigned counsel respectfully requests this Honorable Court withdraw the appearance of Kyle H. Steenland, Esq. ("Attorney Steenland"), as counsel for Plaintiffs, Amanda Leberman and Karle Lyons, for the following reasons:

1. Attorney Steenland is no longer employed by the law firm of The Workers' Rights Law Group, LLP.

2. Plaintiff will continue to be represented by Erik M. Yurkovich, Esq., and Elizabeth A. Murphy, Esq., of The Workers' Rights Law Group, LLP.

3. Attorney Steenland's withdrawal will not adversely affect Plaintiff.

WHEREFORE, undersigned counsel respectfully requests this Court grant this Motion for Leave to Withdraw and enter the Order submitted herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **THE WORKERS' RIGHTS LAW GROUP, LLP** |
| Date: August 19, 2025 | By: <u>*/s/ Erik M. Yurkovich*</u><br>Erik M. Yurkovich, Esq. (Pa. I.D. No. 83432)<br>Elizabeth A. Murphy, Esq. (Pa. I.D. No. 334769)<br><br>The Workers' Rights Law Group, LLP<br>Foster Plaza 10<br>680 Andersen Drive, Suite 230<br>Pittsburgh, PA 15220<br>Telephone: 412.910.7500<br>Facsimile: 412.991.7510<br>erik@workersrightslawgroup.com<br>elizabeth@workersrightslawgroup.com<br><br>*Counsel for Plaintiffs* |