IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA LEBERMAN and KARLE LYONS, ) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | |
| v. ) | Case No. 1:25-cv-00107 |
| ) | |
| ZAAL VENTURE CORP., US GHOST ) | |
| ADVENTURES, LLC and LANCE ZAAL, ) | |
| ) | |
| Defendant. | |

**REPORT OF NEUTRAL**

A mediation session was held in the above-captioned matter on August 19, 2025.

The case (please check one):

☒ has resolved
☐ has resolved in part (see below)
☐ has not resolved.

Should the Court require its approval of this settlement, the parties have agreed to cooperate in obtaining such approval.

Dated: August 20, 2025                     */s/ Hon. Andrew F. Szefi (ret.)*
                                            Signature of Neutral

# 2626042.v1